IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
DEC 10 2020
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CASE NO. 4:20mj121 |
| vs. | ) |
| | ) COURT DATE: December 16, 2020 |
| RANDALL H. NEAL | ) |

## CRIMINAL INFORMATION

### CHARGE ONE

(Misdemeanor) Ticket No. E1075263

THE UNITED STATES ATTORNEY CHARGES:

That on or about October 9, 2020, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, RANDALL H. NEAL, did recklessly operate a motor vehicle. (In violation of Title 18, United States Code, Sections 7 and 13, which assimilates the Code of Virginia 46.2-862).

G. ZACHARY TERWILLIGER
United States Attorney

BY: *Cecelia M. Mitchell*
Cecelia M. Mitchell
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-8524
Email: cecelia.mitchell.3@us.af.mil

## CERTIFICATE OF SERVICE

I, Cecelia M. Mitchell, hereby certify that on December 10, 2020, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, RANDALL H. NEAL.

G. ZACHARY TERWILLIGER
United States Attorney

BY: *Cecelia M. Mitchell*
Cecelia M. Mitchell
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-8524
Email: cecelia.mitchell.3@us.af.mil